THOMAS C. BEACH, JR., Respondent, v. FRESHT PROPERTIES CORP. et al., Defendants, and J. RADLEY METZGER, Appellant.—

Order reversed, on the law and the facts,

with costs, and motion denied. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.